USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-17-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LATSEN BARNETT,
                Petitioner

                                     16 civ 4497 (JGK)
     -against-                            09 cr 126 (JGK)

UNITED STATES OF AMERICA,
                Respondent.
-------------------------------------------------------------X

      The petitioner, Latsen Barnett, having filed a petition to vacate his sentence in 09 cr 126 (JGK), and the Court, having *granted the petition and* vacated Count 5 in 09 cr 126 (JGK), and the petitioner, having been re-sentenced on Count 1 of 09 cr 126 (JGK),

      The Clerk is directed to close 16 civ 4497 (JGK).

**SO ORDERED.**

                                                                   _____
                                                                     JOHN G. KOELTL
                                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 17, 2019